UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RAYMOND NG,

        Plaintiff,

  -against-                                     **<u>JUDGMENT</u>**
                                                            07-CV-5434 (RRM) (VVP)

HSBC MORTGAGE CORP., HSBC USA INC.,
QI ZHAO, and DATIUS WONG,

        Defendants.
-----------------------------------------------------------X

        A Memorandum and Order of the undersigned having been filed this day, modifying the Court's August 11, 2010 order and granting summary judgment for defendants as to all remaining claims, dismissing the complaint, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

        **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and that this case is hereby closed.


Dated: Brooklyn, New York
       September 22, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge